ACCEPTED
03-14-00771-CV
5139543
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/4/2015 2:19:02 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00771-CV

### In the Court of Appeals
### for the Third Judicial District
### Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/4/2015 2:19:02 PM
JEFFREY D. KYLE
Clerk

SANADCO INC., MAHMOUD A. ISBA, BROADWAY GROCERY, INC., SHARIZ, INC.
RUBY & SONS STORE, INC., AND RUBINA NOORANI,
*Appellants,*

v.

THE OFFICE OF THE COMPTROLLER OF PUBLIC ACCOUNTS; GLEN HEGAR, IN
HIS OFFICIAL CAPACITY AS COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE
OF TEXAS; AND KEN PAXTON IN HIS OFFICIAL CAPACITY AS ATTORNEY
GENERAL OF THE STATE OF TEXAS, ET AL.,
*Appellees.*

On Appeal from Cause No. D-1-GN-13-004352
The 200th Judicial District Court of Travis County, Texas
The Honorable Charles Ramsay, Judge Presiding

## APPELLEES' FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE BRIEF

| | |
|---|---|
| KEN PAXTON<br>Attorney General of Texas | ROBERT O'KEEFE<br>Chief, Financial and Tax Litigation Division |
| CHARLES E. ROY<br>First Assistant Attorney General | JACK HOHENGARTEN<br>State Bar No. 09812200<br>Assistant Attorney General |
| JAMES E. DAVIS<br>Deputy Attorney General for Defense Litigation | Financial Litigation, Tax, and<br>Charitable Trusts Division<br>P.O. Box 12548<br>Austin, Texas 78711 2548<br>TEL: (512) 475-3503<br>FAX: (512) 477 2348<br>jack.hohengarten@texasattorneygeneral.gov<br>*Attorneys for Appellees* |

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellees, Office of the Comptroller, Glen Hegar, in his Official Capacity as Comptroller of Public Accounts of the State of Texas, and Ken Paxton in his Official Capacity as Attorney General of Texas (the "State Officials"), pursuant to TEX. R. APP. P. 10.5 and 38.6 file this unopposed motion for extension of time to file appellees' brief.

The Appellees' Brief is currently due: **May 6, 2015.**

Counsel for Appellees requests a 20-day extension of time to file their brief, making the brief due on **May 26, 2015.** This is the first request for extension of time to file the Appellees' Brief.

Counsel for Appellees seeks this extension for the following reasons. Counsel below has critical and multiple discovery deadlines this month in *Kroger Texas, L.P. v. Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas*, Cause No. D-1-GN-14-001929, in the 201st District, Travis County, Texas; *Fitness International, LLC v. Glenn Hegar, Comptroller of Public Accounts of the State of Texas and Ken Paxton, Attorney General of Texas*, Cause No. D-1-GN-14-003869, in the 98th District Court of Travis County, Texas; and *State of Texas v. Retirement Value,*

*LLC, Richard H. "Dick" Gray, Bruce Collins, et al.*, Cause No. D-1-GV-10-000454, in the 126th Judicial District Court; Travis County, Texas.

## PRAYER

For the reasons set forth above, Appellees request that this Court grant this Unopposed First Motion to Extend Time to File Brief, and extend the deadline for filing the Appellees' Brief up to and including May 26, 2015. Appellees also request all other relief to which they may be entitled.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Defense Litigation

ROBERT O'KEEFE
Chief, Financial and Tax Litigation Division

*/s / Jack Hohengarten*
JACK HOHENGARTEN
State Bar No. 09812200
Assistant Attorney General
Financial Litigation, Tax, and
Charitable Trusts Division
P.O. Box 12548
Austin, Texas 78711 2548

TEL: (512) 475-3503
FAX: (512) 477 2348
jack.hohengarten@texasattorneygeneral.gov

*Attorneys for Appellees, Glen Hegar, Comptroller of Public Accounts of the State of Texas and Ken Paxton, Attorney General of the State of Texas*

## CERTIFICATE OF CONFERENCE

I certify that on Friday, May 1, 2015, I conferred with the attorney for Appellants via electronic mail, Samuel T. Jackson, regarding the filing of the foregoing document, and Mr. Jackson is unopposed to the filing of this motion for extension of time to file appellees' brief.

*/s / Jack Hohengarten*
Jack Hohengarten

## CERTIFICATE OF SERVICE

I certify that on this 4th day of May, 2015, a true and correct copy of the foregoing document, *Appellees' First Unopposed Motion for Extension of Time to File Brief,* has been sent to the attorney for appellants via e-service and/ or electronic mail, as follows:

Samuel T. Jackson
Law Office of Samuel T. Jackson
P.O. Box 170633
Arlington, TX 76003-0633
jacksonlaw@hotmail.com

*/s / Jack Hohengarten*
Jack Hohengarten